| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>DeMoss, Jr., Harold R. | 2. Court or Organization<br><br>U.S. 5th Cir. Ct of Appeals | 3. Date of Report<br><br>05/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge -Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>515 Rusk, Suite 12015<br>Houston, Texas 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Board of Trustees, Open Door Mission |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DeMoss Jr., Harold R.

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Taxable IRA distribution from Raymond James | $60,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Raymond James Trustee for IRA Roll-over-See assets below: | | | | | | | | | |
| 2.   Raymond James IRA-AIM CHARTER | A | Dividend | M | T | | | | | |
| 3.   AIM U.S. Government Fund | B | Dividend | L | T | | | | | |
| 4.   DWS CorePlus | A | Dividend | K | T | Sold (part) | 07/09/09 | J | | |
| 5. | | | | | Sold (part) | 08/07/09 | J | | |
| 6. | | | | | Sold (part) | 09/10/09 | J | | |
| 7. | | | | | Sold (part) | 10/08/09 | J | | |
| 8. | | | | | Sold (part) | 11/10/09 | J | | |
| 9. | | | | | Sold (part) | 12/09/09 | J | | |
| 10.   DWS Strategic Gov Sec Fund | B | Dividend | K | T | | | | | |
| 11.   DWS HIGH INCOME A | D | Dividend | L | T | | | | | |
| 12.   DWS Strategic Value Fund | A | Dividend | L | T | | | | | |
| 13.   COHEN & STEERS | C | Dividend | K | T | | | | | |
| 14.   NATIONAL RETAIL PROPERTIES | C | Dividend | K | T | | | | | |
| 15.   Northern Trust Co | A | Interest | J | T | | | | | |
| 16.   R.J. Bank Deposit | A | Distribution | J | T | | | | | |
| 17.   Well Fargo Bank | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Sowell 693, Ltd | | None | J | T | | | | | |
| 19. Sunoco, Inc. | A | Royalty | J | T | | | | | |
| 20. Devon Energy Operating Co. | A | Royalty | J | T | | | | | |
| 21. Anadarko Petroleum | B | Royalty | J | T | | | | | |
| 22. Prudential Ins. of America | A | Interest | J | T | | | | | |
| 23. Amegy Bank of Texas | A | Interest | L | T | | | | | |
| 24. Raymond James Trustee for Broker Acct I - See assets below: | | | | | | | | | |
| 25. Cap Wrld Gwth &Incm | B | Dividend | L | T | | | | | |
| 26. Capital One Bank | A | Interest | | | Redeemed | 04/01/09 | L | | |
| 27. Bond Fd of America | C | Dividend | L | T | | | | | |
| 28. Gwth Fd of America | A | Dividend | L | T | | | | | |
| 29. Income Fd of America | C | Dividend | L | T | | | | | |
| 30. Raymond James Trustee for Broker Acct II - See assets below: | | | | | | | | | |
| 31. AT&T | A | Dividend | J | T | | | | | |
| 32. FPL Group | A | Dividend | J | T | | | | | |
| 33. Hewlett Packard Co. | A | Dividend | J | T | | | | | |
| 34. Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Procter & Gamble Co | A | Distribution | J | T | | | | | |
| 36. Weingarten Rlty Invs Sh Ben Int Reit | A | Dividend | J | T | | | | | |
| 37. CAP WRLD GRTH & INCM | A | Dividend | J | T | | | | | |
| 38. R.J. Bank Acct | A | Distribution | J | T | | | | | |
| 39. Raymond James IRA Growth Fund of America | A | Dividend | J | T | | | | | |
| 40. Security Life of Denver Ins. Co.: Universal Life Policy | C | Interest | M | T | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R. | 05/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part I. The organization indicated in Part I. Positions is a non-profit charitable organization and Judge DeMoss is not an "income beneficiary" of this organization.

Part III. Non-investment income from taxable IRA distribution from Raymond James in the amount of $60,000.00 was inadertantly omitted from filer's 2008 Financial Disclosure Report.

Part VII. The asset shown on Line 3 was formerly known as AIM Intermediate Govt.
    The asset shown on Line 5 was formerly known as IRA DWS USGOVT SEC.
    The asset shown on Line 7 was formerly known as DWS DREMAN HIGH RETURN .
    The asset shown on Line 39 was opened in 2005 but inadvertantly omitted on since that date.
    The asset shown on Line 40 was purchased in 1994 but inadvertantly omitted since that date.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544